IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY and HANOVER INSURANCE COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 3:17-cv-01411 JUDGE RICHARDSON / FRENSLEY |
| BRENTWOOD ACADEMY, INC. and BRENTWOOD ACADEMY, CURTIS G. MASTERS, NANCY BRASHER, BUDDY ALEXANDER, LYLE HUSBAND, MIKE VAZQUEZ, JOHN DOE BY HIS NEXT FRIEND JANE DOE and JANE DOE IN HER INDIVIDUAL CAPACITY, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

COME NOW Plaintiffs Massachusetts Bay Insurance Company and Hanover Insurance Company and, as no defendant has filed an answer or motion for summary judgment, hereby voluntarily dismiss this matter in its entirety without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted,

s/ Seth T. Hunter
Joel S. Isenberg (BPR No. 26983)
Seth T. Hunter (BPR No. 030200)
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, Alabama 35243

Telephone: (205) 313-1200
Facsimile: (205) 313-1201
jisenberg@elylawllc.com
shunter@elylawllc.com

s/ Joel P. Surber
Joel P. Surber (BPR No. 21026)
SURBER, ASHER, SURBER, & MOUSHON, PLLC
220 Athens Way, Suite 480
Nashville, Tennessee 37228
Telephone: (615) 997-1908
Facsimile: (615) 953-1473
jsurber@tennlawfirm.com

Counsel for Massachusetts Bay Insurance Company and Hanover Insurance Company

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via CM/ECF electronic filing and/or U.S. Mail on this the 28th day of February, 2022.

Samuel P. Funk
W. Scott Sims
D. Gilbert Schuette
SIMS FUNK, PLC
3322 West End Avenue, Suite 200
Nashville, Tennessee 37203
sfunk@simsfunk.com
ssims@simsfunk.com
gschuette@simsfunk.com

Justin S. Gilbert
GILBERT MCWHERTER SCOTT BOBBITT, PLC
100 W Martin Luther King Blvd, Suite 500
Chattanooga, TN 37402
justin@schoolandworklaw.com

 s/ Seth T. Hunter
**OF COUNSEL**