IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY and HANOVER INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:17-cv-01411 |
| v. | ) ) | JUDGE RICHARDSON |
| BRENTWOOD ACADEMY, INC. and BRENTWOOD ACADEMY, CURTIS G. MASTERS, NANCY BRASHER, BUDDY ALEXANDER, LYLE HUSBAND, MIKE VAZQUEZ, JOHN DOE BY HIS NEXT FRIEND JANE DOE, and JANE DOE IN HER INDIVIDUAL CAPACITY, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs have filed a Notice of Voluntary Dismissal. (Doc. No. 72). The Notice was filed prior to the Defendants filing an answer or motion for summary judgment. Under Fed. R. Civ. P. 41(a)(1)(A)(i), therefore, the Notice sufficed to dismiss this action without any action on the part of the Court. The Notice states that dismissal is without prejudice, and therefore under Rule 41(a)(1)(B), the dismissal is without prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED WITHOUT PREJUDICE** effective as of the time of the filing of the Notice, the pending Motion to Withdraw (Doc. No. 70) is **DENIED** as moot, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE